IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION


CHRISTINE KILMER &                    )
TUDE KILMER-KAISER,                   )
                                      )
        Plaintiff,                    )
                                      )
        vs.                           )          C07-4071 MWB
                                      )          JUDGMENT
                                      )          IN A CIVIL CASE
DAVID GILL, MAXINE BUCKMEIER,         )
STATE OF IOWA DEPT OF                 )
CORRECTIONS, WOODBURY                 )
COUNTY IOWA, DEPARTMENT OF            )
HUMAN SERVICES,                       )
STEVE HAYWARD, DEWEY SLOAN,           )
MARCHELLE DENKER, LAURIE              )
ARAGON, ADOPTION WISE,                )
ADOPTION INSIGHT,                     )
                                      )
        Defendants.                   )


        This matter came before the Court.  The issues have been decided and a decision has been

rendered.

        IT IS ORDERED AND ADJUDGED THAT:

        Plaintiff take nothing and this action is dismissed for failure to prosecute and failure to

comply with court orders.

                                        Robert L. Phelps
                                        Clerk

                                        S/src
                                        (By) Deputy Clerk

                                        3/14/08
                                        Date